UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELINDA CRABBE,<br><br>                    Plaintiff,<br><br>          -against-<br><br>SECURE SELF STORAGE UNIT #3373,<br><br>                    Defendant. | 1:21-CV-1672 (CM)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

On October 18, 2019, Plaintiff was barred from filing any new civil action *in forma pauperis* (IFP) in this Court without first obtaining from the Court leave to file. *See Crabbe v. Manhattan Mini Storage*, ECF 1:19-CV-0013, 5 (S.D.N.Y. Oct. 18, 2019). Plaintiff files this new *pro se* civil action and seeks IFP status, but has not sought leave to file from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the Court's October 18, 2019 order in *Crabbe*, 1:19-CV-0013.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 26, 2021
         New York, New York

                                                            _____
                                                            COLLEEN McMAHON
                                                            Chief United States District Judge