UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELINDA CRABBE,<br><br>         Plaintiff,<br><br> -against-<br><br>SECURE SELF STORAGE UNIT #3373,<br><br>         Defendant. | 1:21-CV-1672 (CM)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued February 26, 2021, dismissing this action without prejudice,

 IT IS ORDERED, ADJUDGED, AND DECREED that under the October 18, 2019 order in *Crabbe v. Manhattan Mini Storage*, ECF 1:19-CV-0013, 5, this action is dismissed without prejudice.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 26, 2021
    New York, New York

                     COLLEEN McMAHON
                     Chief United States District Judge